UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSAF ASAAD,<br><br>            Plaintiff,<br><br>    v.<br><br>CHAD WOLF, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01639-NONE-EPG<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(ECF Nos. 1, 3, 11). |

      This action was filed on September 15, 2021, in the Northern District of Illinois. (ECF No. 1). As amended, Plaintiff Assaf Asaad's complaint alleges that Defendants have improperly failed under the Administrate Procedure Act to adjudicate his I-130 Petition for Alien Relative. (ECF No. 3). On November 4, 2021, the parties, noting that Plaintiff's address is located in Stockton, California and that "the underlying visa petition was processed and adjudicated at the U.S. Citizenship and Immigration Service (USCIS) Field Office in Sacramento, California," moved to transfer venue to the Eastern District of California. (ECF No. 9, p. 2). The District Judge granted the motion and transferred the action to this Court. (ECF Nos. 10, 11).

      Plaintiff's address in Stockton, California is located in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Additionally, the processing of Plaintiff's petition occurred in Sacramento, California,

which is located in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been transferred to the Sacramento Division. *See* Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **November 15, 2021**         /s/ Erin P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2