PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSAF ASAAD, ET AL.,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, ET AL.,<br><br>                Defendants. | CASE NO. 2:21-CV-2116 JAM<br><br>STIPULATION AND ORDER RE: DISMISSAL |

    The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own costs of litigation.

                                                Respectfully submitted,

Dated: December 9, 2021                      PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                            By:  /s/ AUDREY B. HEMESATH
                                                  AUDREY B. HEMESATH
                                                  Assistant United States Attorney


                                                    /s/ REEM ODEH
                                                    REEM ODEH
                                                    Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: December 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE